ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| CONSEJO DE TITULARES DEL CONDOMINIO ALTURAS DE CALDAS<br><br>APELANTE<br><br>v.<br><br>MAPFRE PRAICO INSURANCE COMPANY<br><br>APELADA | KLAN202401124 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2019CV09025<br><br>Sala: 802<br><br>Sobre: Incumplimiento de Contrato de Seguros-Huracán María |

Panel integrado por su presidente, el Juez Figueroa Cabán, el Juez Salgado Schwarz y el Juez Sánchez Báez[1]

Sánchez Báez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 13 de marzo de 2025.

Atendida la *Moción de en Cumplimiento de Orden y Aviso de Desistimiento de Apelación* presentada el 28 de febrero de 2025 por la parte apelante, Consejo de Titulares del Condominio Alturas de Caldas, se declara **con lugar.**

En consecuencia, se dicta Sentencia de desistimiento, con perjuicio, y se ordena el cierre y archivo definitivo del presente procedimiento de apelación. Regla 83 (A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante la Orden Administrativa OATA-2025-002 emitida el 9 de enero de 2025 se designó al Juez Isaías Sánchez Báez en sustitución del Juez José J. Monge Gómez.

Número Identificador

SEN2025_____